IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT A. LORBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:10-cv-01101-GMS-MPT |
| | ) |
| FRANCIS P. BARTON, GEORGE H. CAVE, | ) |
| DONALD A. COLVIN, CURTIS J. | ) |
| CRAWFORD, Ph.D., EMMANUEL T. | ) |
| HERNANDEZ, PHILIP D. HESTER, KEITH D. | ) |
| JACKSON, J. DANIEL McCRANIE, ROBERT | ) |
| MAHONEY, W. JOHN NELSON, DARYL | ) |
| OSTRANDER, ROBERT H. SMITH, and | ) |
| ON SEMICONDUCTOR CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT, AWARD OF AGREED-TO ATTORNEYS' FEES AND EXPENSE REIMBURSEMENT, AND <u>INCENTIVE AWARD</u>

Plaintiff hereby moves the Court for Final Approval of Settlement, Award of Agreed-To Attorneys' Fees and Expense Reimbursement, and Incentive Award for the reasons set for in the accompanying Memorandum of Law.

| | |
|---|---|
| | **O'KELLY ERNST BIELLI & WALLEN, LLC** |
| *Of Counsel:* | |
| | _/s/ Ryan M. Ernst_____ |
| LEVI & KORSINSKY, LLP | Ryan M. Ernst (#4788) |
| Eduard Korsinsky | 901 North Market Street, Suite 1000 |
| Michael H. Rosner | Wilmington, DE 19801 |
| Allen Schwartz | Phone (302) 778-4000 |
| 30 Broad Street, 24th Floor | Fax (302) 295-2873 |
| New York, New York 10004 | |
| | *Attorneys for Plaintiff* |
| Dated: August 21, 2012 | |